FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1892
(8:20-cv-03060-DLB)

_____

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK

  Plaintiffs - Appellees

v.

CHEVRON U.S.A. INC.

  Intervenor/Defendant - Appellant

and

NATIONAL MARINE FISHERIES SERVICE; CHRIS OLIVER, in his official capacity as Assistant Administrator for National Oceanic and Atmospheric Administration

  Defendants

AMERICAN PETROLEUM INSTITUTE; ENERGEO ALLIANCE; NATIONAL OCEAN INDUSTRIES ASSOCIATION

  Intervenors/Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:20-cv-03060-DLB |

| Date notice of appeal filed in originating court: | 09/11/2024 |
|---|---|
| Appellant(s) | Chevron U.S.A. Inc. |
| Appellate Case Number | 24-1892 |
| Case Manager | Anisha Walker  804-916-2704 |